DISPOSITION OF PETITIONS FOR CERTIORARI TO THE COURT OF APPEALS

## STATE v. PAGE

No. 54 PC.

Case below: 22 N.C. App. 435.

Petition for writ of certiorari to North Carolina Court of Appeals denied 24 September 1974. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 24 September 1974.

## STATE v. STALLS

No. 156 PC.

Case below: 22 N.C. App. 265.

Petition for writ of certiorari to North Carolina Court of Appeals denied 24 September 1974. Motion of Attorney General to dismiss appeal allowed 24 September 1974.

## STATE v. THOMAS

No. 52.

Case below: 22 N.C. App. 206.

Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 24 September 1974.

## STATE v. WOODS

No. 45.

Case below: 22 N.C. App. 77.

Appeal dismissed for failure to comply with Rule 19(3) of the Rules of this Court and Rule 3(b) of the Supplementary Rules of this Court as interpreted in *In re Will of Adams*, 268 N.C. 565, and *State v. Staten*, 271 N.C. 600, 12 September 1974.

## WYATT v. HAYWOOD

Nos. 71 and 32 PC.

Case below: 22 N.C. App. 267.
          285 N.C. 669, cert. allowed.

Motion of defendants to withdraw appeal allowed 26 September 1974.